NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
PETER S. LEVITT
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
peter.s.levitt@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>EDDIE KENT HAMPTON,<br><br>　　　　　　　Defendant. | Case No. 2:19-cr-00286-APG-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>**(First Request)** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between, the United States of America, through the undersigned, together with Gabriel Grasso, counsel for defendant EDDIE HAMPTON, that the sentencing hearing currently scheduled for March 3, 2020 at 10:30 a.m., be vacated and reset to a date and time convenient to the Court but no sooner than two weeks from March 3, 2020.

This stipulation is entered into for the following reasons:

　　　　1.　　Government counsel will be out of the jurisdiction at the time of the sentencing.

　　　　2.　　The Defendant is currently on bond and does not object to the continuance.

　　　　3.　　Additionally, denial of this request for continuance could result in a miscarriage of justice.

1

4.  The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5.  This is the first request for a continuance of the sentencing.

DATED this 28th day of January, 2020.

NICHOLAS A. TRUTANICH
UNITED STATES ATTORNEY

*s/ Peter S. Levitt*  *s/ Gabriel Grasso*

PETER S. LEVITT  GABRIEL GRASSO
Assistant United States Attorneys  Counsel for Defendant Eddie Hampton

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDDIE KENT HAMPTON,

    Defendant.

Case No. 2:19-cr-00286-APG-DJA

**ORDER**

1. Government counsel will be out of the jurisdiction at the time of the sentencing.

2. The Defendant is currently on bond and does not object to the continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the first request for a continuance of the sentencing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants, since the failure to grant said continuance would be likely to result in a miscarriage of justice.

The continuance sought herein is allowed, with the defendants' consent, pursuant to Federal Rules of Procedure 5.1(d).

IT IS THEREFORE ORDERED that the sentencing in the above-captioned matter

currently scheduled for March 3, 2020 at 10:30 a.m., be vacated and continued to <u>March 30, 2020 at 9:30</u> a.m. in courtroom 6C.

**IT IS SO ORDERED.**

Entered: January 30, 2020

**HONORABLE ANDREW P. GORDON**
**DISTRICT COURT JUDGE**