Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

---

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**August 13, 2021**

---

Name of Offender: **Eddie Kent Hampton**

Case Number: **2:19CR00286**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **July 14, 2020**

Original Offense: **Conspiracy to Interfere with Commerce by Robbery and Interference with Commerce by Robbery; Aiding and Abetting**

Original Sentence: **3 years probation.**

Date Supervision Commenced: **July 14, 2020**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

---

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Vocational Program** – You must participate in a vocational services program and follow the rules and regulations of that program. Such a program may include job readiness training and skills development training.

---

## CAUSE

On July 14, 2020, Hampton was sentenced to three years' probation for committing the offenses of Conspiracy to Interfere with Commerce by Robbery and interference with Commerce by Robbery; Aiding and Abetting.

On August 7, 2021, Hampton submitted a drug test that yielded a positive result for marijuana. On August 12, 2021, Hampton reported to the office and admitted in writing to unknowingly consuming a cupcake that was infused with marijuana oil. Hampton was counseled on the importance of maintaining sobriety and will be referred to substance abuse treatment.

RE: Eddie Kent Hampton

Prob12B
D/NV Form
Rev. June 2014

Additionally, Hampton has failed to make a restitution payment to date despite being counseled by the undersigned officer or being previously employed. Currently, Hampton is unemployed and advises he is unable to make restitution payments. It is respectfully requested that the above condition be added to Hampton's conditions of supervised release. Participation in a vocational training program will aid Hampton in obtaining employment and paying restitution. Hampton agrees to the addition of this condition as witnessed by his signature on the attached document.

If the Court desires an alternative course of action, the undersigned officer will be available at the Court's convenience.

Respectfully submitted,

Digitally signed by Brianna King
Date: 2021.08.16 11:37:28 -07'00'

Brianna King
United States Probation Officer

Approved:

Digitally signed by Todd Fredlund
Date: 2021.08.16 10:31:56 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

RE: Eddie Kent Hampton

Prob12B
D/NV Form
Rev. June 2014
**THE COURT ORDERS**

☐ No Action.

☐ The extension of supervision as noted above.

☑ The modification of conditions as noted above

☐ Other (please include Judicial Officer instructions below):

---

---

---

_____
Signature of Judicial Officer

_____August 16, 2021_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

### District of Nevada

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Vocational Program** – You must participate in a vocational services program and follow the rules and regulations of that program. Such a program may include job readiness training and skills development training.

Witness _____  Signed _____
U.S. Probation Officer                              Probationer or Supervised Releasee

_8/12/21_
Date