RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Eddie Kent Hampton

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00286-APG-DJA-1 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| EDDIE KENT HAMPTON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Peter S. Levitt, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Eddie Kent Hampton, that the Revocation Hearing currently scheduled on February 15, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Government and defense would like to continue this matter to address a couple issues before submitting the matter before the court.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1 | This is the first request for a continuance of the revocation hearing.

2 | DATED this 14th day of February, 2022.

| RENE L. VALLADARES | CHRISTOPHER CHIOU |
| Federal Public Defender | Acting United States Attorney |

By /s/ Navid Afshar     By /s/ Peter S. Levitt
NAVID AFSHAR            PETER S. LEVITT
Assistant Federal Public Defender    Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00286-APG-DJA-1 |
| Plaintiff, | **ORDER** |
| v. | |
| EDDIE KENT HAMPTON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, February 15, 2022 at 11:30 a.m., be vacated and continued to March 17, 2022, at the hour of 9:30 a.m. by videoconference.

DATED this 15th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE

3