RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Eddie Kent Hampton

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDDIE KENT HAMPTON,<br><br>　　　　Defendant. | Case No. 2:19-cr-00286-APG-DJA-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Peter S. Levitt, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Eddie Kent Hampton, that the Revocation Hearing currently scheduled on March 17, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Additional time is necessary for Mr. Hampton to gain compliance with some of his conditions, including attending and completing FIT training. He recently attended orientation for FIT. Mr. Hampton is also expected to meet with his probation officer next week to monitor his progress.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 28th day of February, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Peter S. Levitt<br>PETER S. LEVITT<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDDIE KENT HAMPTON,<br><br>    Defendant. | Case No. 2:19-cr-00286-APG-DJA-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, March 17, 2022 at 9:30 a.m., be vacated and continued to May 18, 2022, at the hour of 9:30 a.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 1st day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE

3