RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Eddie Kent Hampton

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDDIE KENT HAMPTON,<br><br>    Defendant. | Case No. 2:19-cr-00286-APG-DJA-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Peter S. Levitt, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Eddie Kent Hampton, that the Revocation Hearing currently scheduled on August 4, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1.      Defense counsel needs additional time to investigate some issues.

2.      The defendant has secured full time employment and will be receiving new treatment or counseling.

3.      The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 3rd day of August, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Navid Afshar*<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By */s/ Peter S. Levitt*<br>PETER S. LEVITT<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDDIE KENT HAMPTON,<br><br>　　　　Defendant. | Case No. 2:19-cr-00286-APG-DJA-1<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, August 4, 2022 at 10:30 a.m., be vacated and continued to August 15, 2022 at the hour of 9:30 a.m. in LV Courtroom 6C; or to a time and date convenient to the court.

　　　DATED this 4th day of August, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3